UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHURST LAND & CATTLE, LLC, and RAY GRAY,<br><br>               Plaintiffs,<br><br>   v.<br><br>RANCHO MOUNTAIN PROPERTIES, INC., a Delaware Corporation, ING INVESTMENT MANAGEMENT, LLC, ING USA ANNUITY AND LIFE INSURANCE COMPANY, INC., an Iowa Corporation, and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No.: C 11-3116 PSG<br><br>**ORDER TO SHOW CAUSE** |

On September 6, 2011, the parties failed to appear for a case management conference. *See* Docket No. 4. The parties also failed to file the required Case Management Conference Statement. *See* Civ. L.R. 16-9; Fed. R. Civ. P. 26(f).  Accordingly,

IT IS HEREBY ORDERED that Plaintiffs are ordered to show cause in writing no later than September 23, 2011 why why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Dated: 9/8/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*