**United States District Court**
For the Northern District of California

1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                         SAN JOSE DIVISION

9  ASHURST LAND & CATTLE, LLC, and  )        Case No.: C 11-3116 PSG
   RAY GRAY,                        )
10                                  )        **ORDER DISSOLVING ORDER TO**
                 Plaintiffs,        )        **SHOW CAUSE**
11                                  )
        v.                          )
12                                  )
   RANCHO MOUNTAIN PROPERTIES,      )
13 INC., a Delaware Corporation, ING )
   INVESTMENT MANAGEMENT, LLC,      )
14 ING USA ANNUITY AND LIFE
   INSURANCE COMPANY, INC., an Iowa
15 Corporation, and DOES 1 through 100,
   inclusive,
16
                 Defendants.
17 _____

18
        On June 23, 2011, Plaintiff Ashurst Land & Cattle ("Ashurst") filed a Complaint against
19
   Defendants Rancho Mountain Properties, Inc., et al. ("Rancho").  The parties thereafter failed to
20
   appear at the September 6, 2011 case management conference.  On September 8, 2011, the court
21
   ordered Ashurst to show cause in writing why the case should not be dismissed for failure to
22
   prosecute.  On September 17, 2011, Ashurst filed a reply to the court's order to show cause and
23
   argued against dismissal based on the factors set forth in *Carey v. King*.[1] Ashurst further sought
24
   leave of the court to re-file the case and to properly and formally serve Defendants.
25
        The court finds good cause to allow this case to move forward.  The order to show cause is
26
   dissolved. Ashurst must serve Defendants with the Complaint no later than October 25, 2011. Parties
27

28
        _____

        [1] 856 F.2d 1439, 1440 (9th Cir. 1988).

                            ORDER, *page 1*

are to appear for case management conference on December 6, 2011 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 9/23/2011

_____
PAUL S. GREWAL
United States Magistrate Judge