**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHURST LAND & CATTLE, LLC, and RAY GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>RANCHO MOUNTAIN PROPERTIES, INC., a Delaware Corporation, ING INVESTMENT MANAGEMENT, LLC, ING USA ANNUITY AND LIFE INSURANCE COMPANY, INC., an Iowa Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 11-3116 PSG<br><br>**ORDER TO SHOW CAUSE** |

On December 6, 2011, the parties failed to appear for a case management conference. *See* Docket No. 9. The parties also failed to file the required Case Management Conference Statement. *See* Civ. L.R. 16-9; Fed. R. Civ. P. 26(f). Accordingly,

IT IS HEREBY ORDERED that Plaintiffs are ordered to show cause in writing no later than January 3, 2012 why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS FURTHER ORDERED that the parties are ordered to appear at a further case

management conference to be held at 2:00 p.m. on January 10, 2012. The case management statement is due by January 3, 2012.

Dated: December 9, 2011

                                          PAUL S. GREWAL
                                          United States Magistrate Judge