UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHURST LAND & CATTLE, LLC, and RAY GRAY,<br><br>    Plaintiffs,<br><br>  v.<br><br>RANCHO MOUNTAIN PROPERTIES, INC., a Delaware Corporation, ING INVESTMENT MANAGEMENT, LLC, ING USA ANNUITY AND LIFE INSURANCE COMPANY, INC., an Iowa Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: C 11-3116 PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

The court has received Plaintiff Ashurst Land & Cattle, LLC's written response to the court's December 9, 2011 order to show cause in writing for Plaintiff's failure to file a case management statement and failure to appear at the December 6, 2011 case management conference. Plaintiff also appeared telephonically today at the show cause hearing and updated the court as to the status of service of process of its First Amended Complaint.

The court finds good cause to allow this case to move forward.  The order to show cause is dissolved. The initial case management conference is continued to 2:00 p.m. on February 7, 2012.

ORDER, *page 1*

The parties' joint case management statement is due January 31, 2012.

IT IS SO ORDERED.

Dated: 1/10/2012

_____
PAUL S. GREWAL
United States Magistrate Judge