UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHURST LAND & CATTLE, LLC, RAY GRAY, and LINDA GRAY<br><br>    Plaintiffs,<br>  vs.<br><br>RANCHO MOUNTAIN PROPERTIES, INC., a Delaware Corporation, ING INVESTMENT MANAGEMENT, LLC, ING USA ANNUITY AND LIFE INSURANCE COMPANY, INC., an Iowa Corporation, DOES 1 through 100, inclusive, and FIDELITY NATIONAL TITLE COMPANY, a Nebraska Corporation.<br><br>    Defendants. | Case No.: C 11-3116 PSG<br><br>**ORDER**<br>**RE REQUEST TO APPEAR BY PHONE**<br><br>Status Conference February 7<br>2:00 p.m. |

Upon review of the Application to Appear by Court Call telephone and accompanying declaration of David Griffin, the request is granted.  Counsel shall make arrangements and notify the Court via Court Call appearance notice.

DATED: February 3, 2012

　　　　　　　　　　　　　　　　　　　　　Paul S. Grewal
　　　　　　　　　　　　　　　　　　　Magistrate Judge Paul S. Grewal

ORDER RE APPEARANCE BY TELEPHONE